**CORDELL CONSULTANT, INC. MONEY PURCHASE PLAN AND TRUST, a Virginia Corporation, Plaintiff-Appellant,**

v.

**Eliot C. ABBOTT, Abbey L. Kaplan, Steven I. Silverman, Kluger, Peretz, Kaplan & Berlin, P.L., a Florida Professional Limited Liability Company, Defendants-Appellees.**

No. 15-15488

United States Court of Appeals, Eleventh Circuit.

(March 21, 2017)

Irwin R. Gilbert, Jimmy Wayne Mintz, Kelley Kronenberg, W Palm Beach, FL, for Plaintiff-Appellant

Joel D. Eaton, Ramon A. Rasco, Alexander Rundlet, Podhurst Orseck, PA, Miami, FL, for Defendant-Appellee Eliot C. Abbott

Deborah S. Corbishley, Richard Harvey Critchlow, Kenny Nachwalter, PA, Miami, FL, Marilyn Golub Kohn, Kluger Kaplan Silverman Katzen & Levine, PL, Miami, FL, for Defendant-Appellee Abbey L. Kaplan

Edward R. Shohat, Jones Walker, LLP, Miami, FL, Richard Harvey Critchlow, Kenny Nachwalter, PA, Miami, FL, Marilyn Golub Kohn, Kluger Kaplan Silverman Katzen & Levine, PL, Miami, FL, for Defendant-Appellee Steven I. Silverman

Howard David DuBosar, Daniela A. Gordon, Robert Cory Sheres, The DuBosar Law Group, PA, Boca Raton, FL, for Defendant-Appellee Kluger, Peretz, Kaplan & Berlin, P.L.

Before JORDAN and JILL PRYOR, Circuit Judges, and PROCTOR,* District Judge.

PER CURIAM:

With the benefit of oral argument, and following a review of the record, we affirm the grant of summary judgment in favor of the defendants for the reasons set forth by the district court.

**AFFIRMED.**